IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK TUNNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-2776-B-BN |
| | § | |
| FLIX NORTH AMERICA, INC., | § | |
| FLIX BUS, INC., and JOHN DOE, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should dismiss without prejudice Plaintiff Mark Tunne's *pro se* complaint against Defendants Flix North America, Inc., Flix Bus, Inc., and John Doe for lack of subject matter jurisdiction. *See* Dkt. No. 7.

Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 12th day of December, 2025.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE